UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No. 3:26–bk–03023–JAF
Chapter 13

Lydia Proffitt

_____ Debtor* _____ /

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On July 7, 2026, Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if Debtor fails to timely correct the noted deficiency.

Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Jacksonville Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3–150
Jacksonville, FL 32202
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date–stamped and filed on the date the Clerk's Office receives them – not the date they are placed in the mail, postmarked, or given to another delivery service.

All Schedules A through J and the Summary of Your Assets and Liabilities (forms 106 for individuals or 206 for non–individuals) were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), Debtor must file the missing items with proper declaration of Debtor no later than 14 days from the date the petition was filed.

A link to updated forms is available on the Court's website at: https://www.flmb.uscourts.gov/forms/.

If additional creditors not initially provided with the Petition are added on the Schedules, Debtor must include $34.00 amendment fee and provide proof of service of the Notice of Chapter 13 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

The Statement of Financial Affairs was not filed. Debtor must file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non–individuals within 14 days from the date the case was filed.

The attorney for Debtor did not file an Attorney's Disclosure of Compensation required by 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b). The attorney for Debtor must file an Attorney's Disclosure of

Compensation (Form B2030) within 14 days from the date the petition was filed. Failure of attorney for Debtor to cure this deficiency may result in sanctions or the issuance of a show cause order.

The Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period pursuant to Fed. R. Bankr. P. 1007 (b)(4)(5)(6) and 11 U.S.C. § 521(a)(1)(B)(v) was not filed. Debtor must file a signed Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form B122C) within 14 days from the date the petition was filed. A link to updated forms is available on the Court's website at https://www.flmb.uscourts.gov/forms/.

Debtor failed to file a Chapter 13 Plan pursuant to Fed. R. Bankr. P. 3015(b) or filed an unsigned Chapter 13 Plan. Debtor must file a Debtor–signed Chapter 13 plan, using the Court's Model Chapter 13 Plan, within 14 days from the date the petition was filed, together with a certificate of service to all parties with an attached matrix, pursuant to Local Rule 7005–1. A link to the Court's Model Plan is available on the Court's website at https://www.flmb.uscourts.gov/proguide/documents.asp?ID=287

Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

|  | FOR THE COURT |
| Dated: July 9, 2026 | Jose A Rodriguez , Clerk of Court |
|  | Bryan Simpson United States Courthouse |
|  | 300 North Hogan Street |
|  | Suite 3–150 |
|  | Jacksonville, FL 32202 |

The Clerk's office must serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.