**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourt.gov

In re: Case No.: 3:26-BK-03023-JAF

Lydia Proffitt, Chapter 13

Debtor.

_________________________________________/

## NOTICE OF APPEARANCE

The undersigned serves this Notice of Appearance in this cause on behalf of Creditor, We Florida Financial, and requests that all pleadings be served on him pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010, Federal Rules of Bankruptcy Procedure.

**Heckman Law Group, P.L.**

By: ***/s/ Chad D. Heckman***
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No.: 26-172

## CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading was furnished to the addresses below by U.S. Mail and/or electronic means via the CM/ECF system on July 29, 2026 to:

Douglas W. Neway, Post Office Box 4308, Jacksonville, FL 32201
*Trustee* (usual place of business)

Robert H. Zipperer, 210 S Beach St Suite 201, Daytona Beach, FL 32114
*Attorney for Debtor* (usual place of business)

Lydia Proffitt, 73 Karas Tr, Palm Coast, FL 32164
*Debtor* (usual place of abode)

**Heckman Law Group, P.L.**

By: ***/s/ Chad D. Heckman***
Florida Bar No.: 0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No.: 26-172