UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE: CASE NO:

LYDIA PROFFITT, 3:26-bk-03023-JAF
Chapter 13

Debtor.
_________________________/

**MOTION FOR RECONSIDERATION OF**
**ORDER OF DISMISSAL DOCUMENT NUMBER 11**

COMES NOW Debtor, Lydia H Proffit , by and through her undersigned attorney and hereby files this Motion to Reconsider Order of Dismissing Chapter 13 case as follows:

1.

Case was filed on July 7, 2026.

2.

Case was dismissed on July 29, 2026 for failure of the debtor to file a Chapter 13 plan, file Schedules A-J, file a Declaration Concerning Schedules, file a Summary of Assets, file a Statement of Monthly Income and Statement of Financial Affairs.

3.

Debtor's failure to file the necessary paperwork in the Chapter 13 case was not a willful or purposeful act and the denial of such unfairly punishes the Debtor for a mistake that was not hers. Due to a calendaring error the documents were not filed in a timely manner.

4.

Debtor's attorney has filed the necessary documentation today, which were not filed in a timely manner.

Wherefore having fully set forth her Motion for Reconsideration, Debtor requests that the Order Dismissing Case be reconsidered and that her Chapter 13 case be allowed to proceed and for such further relief as this Court may deem appropriate.

Respectively submitted this 13th day of August, 2026.

/s/ Robert Zipperer
Robert Zipperer, Esquire
Attorney for Debtor
210 S. Beach St., Ste. 201
Daytona Beach, FL 32114
(386) 226-1151
Florida Bar #196525
robertzipperer@bellsouth.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all creditors on the attached mailing matrix, obtained from the clerk's office within 7 days of the date of service via U.S. Mail, this 13th day of August, 2026.

/s/ Robert Zipperer
Robert Zipperer
Attorney for Debtor