ORDERED.

**Dated: August 17, 2026**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No.
3:26−bk−03023−JAF
Chapter 13

Lydia Proffitt

Debtor* /

**ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE, REINSTATING CASE AND RESCHEDULING 341 MEETING AND INITIAL CONFIRMATION HEARING AND EXTENDING DEADLINES**

THIS CASE came on for consideration without a hearing of the Motion For Reconsideration of Order Dismissing Case, Reinstating Case (the "Motion") filed by Debtor (Document No. 16 ). The Court has considered the Motion and finds that it is well taken and should be granted. Accordingly, it is

**ORDERED:**

1. The Motion is hereby granted.

2. The Order Dismissing Case is vacated, and the case is reinstated.

3. The Debtor is directed to attend a rescheduled meeting of creditors which will be held on September 21, 2026 at 10:30 AM. Trustee: Douglas W Neway. Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 961 266 1512, and passcode 9142684613, or call 904−658−1930.

4. Pursuant to Fed. R. Bankr. P. 4004(b) and 4007(c) and Local Rules 4004−2(a) and 4007−1(a), the Court extends the deadline for filing complaints to determine the dischargeability of a debt under 11 U.S.C. § 523 and complaints or motions objecting to the debtor's discharge under 11 U.S.C. § 727 or 11 U.S.C. § 1328(f) through November 20, 2026.

5. The deadline for creditors to file a proof of claim is extended through October 26, 2026.

6. The Initial Confirmation Hearing will be held on October 20, 2026 at 01:30 PM in Courtroom 4D, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202.

.

The movant's attorney is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.