UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No. 3:26−bk−03023−JAF
Chapter 13

Lydia Proffitt

Debtor* /

NOTICE OF DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On July 7, 2026, Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the date of this notice unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Jacksonville Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date−stamped and filed on the date the Clerk's Office receives them − not the date they are placed in the mail, postmarked, or given to another delivery service.

A link to updated forms is available on the Court's website at: https://www.flmb.uscourts.gov/forms/.

Creditors were added with the filing of the Debtor's Schedules and after the court issued the Notice of Chapter 13 Case. The Debtor is directed to serve a copy of the Notice of Chapter 13 Case that contains the full social security number of the Debtor upon all creditors added after the initial notice was issued and file proof of service of the notice within 14 days from the date of this notice. The social security number must be redacted on the proof of service or its attachments filed with the Court.

Creditors were added with the filing of the Debtor's Schedules and after the Court issued the Notice of Chapter 13 Case. The Debtor failed to serve a copy of their Chapter 13 Plan on the newly added creditors as required by Local Rule 1009−1. The Debtor is directed to serve a copy of the most recently filed Chapter 13 Plan upon all creditors added after the initial notice was issued and file

proof of service of the notice within 14 days from the date of this notice.

| | |
|---|---|
| | FOR THE COURT |
| Dated: August 17, 2026 | Jose A Rodriguez , Clerk of Court |
| | Bryan Simpson United States Courthouse<br>300 North Hogan Street<br>Suite 3−150<br>Jacksonville, FL 32202 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.