IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In re:
LYDIA PROFFITT
Debtor

CASE NO: 3:26-bk-03023-JAF
Estimated Time: 5 minutes
Conf. Hrg: October 20, 2026 1:30 pm
Chapter 13

**TRUSTEE’S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan and states,

1. Per 11 U.S.C. § 521(a)(1), The Debtor(s) are required to disclose all of their assets and liabilities as well as their income and expenses. The Debtor(s) are in violation of the Bankruptcy Rules and Code by failing to provide that information. Specifically, the Debtor(s) have failed to disclose Statement of Financial Affairs line 8 and 18.

WHEREFORE, the Trustee objects to Confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By: /s/ Angela M. Scott
Douglas W. Neway
Florida Bar #0709948
John J. Freeman, Jr., Attorney for Trustee
Florida Bar #58618
Angela M. Scott, Attorney for Trustee
Florida Bar #122102
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone (904) 358-6465
FAX (904) 634-0038
attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on September 24, 2026 to the following parties:

LYDIA PROFFITT, 73 KARAS TR, PALM COAST, FL 32164
ROBERT H ZIPPERER ATTORNEY AT LAW, 210 S BEACH ST STE 201, DAYTONA BEACH, FL 32114

/s/ Angela M. Scott